**[6NOT02]** [Notice of Deficient Filing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                    Case No. 6:14–bk–08817–KSJ
                                                          Chapter 7


Wade J Finner
1239 Maple Ave.
Elmere, DE 19805–5034




_____    Debtor(s)    _____/


<u>NOTICE OF DEFICIENT FILING</u>

   THIS IS NOTICE that the pleading titled Motion to Redeem Property (Document No. 25 ) filed by Debtor on September 16, 2014 , is deficient for the following reason(s):

      An affidavit or other qualified attachment was not notarized.

      No action will be taken on this pleading until it conforms with the Local Rules or the Federal Rules of Bankruptcy Procedure, pursuant to Local Rule 9011–3.

PLEASE CURE THE ABOVE–STATED DEFICIENCY WITHIN 14 DAYS FROM THE DATE OF THIS NOTICE OR SANCTIONS MAY BE IMPOSED.

*A copy of this notice must accompany your amended pleading. (Note: This requirement does not apply to electronic filers.)*


      DATED on September 17, 2014 .


                              FOR THE COURT
                              Lee Ann Bennett, Clerk of Court
                              George C. Young Federal Courthouse
                              400 West Washington Street
                              Suite 5100
                              Orlando, FL 32801